1  TIMOTHY M. YOUNGER, SBN: 150527
   MELISSA M. THOM, SBN: 189300
2  YOUNGER & ASSOCIATES
   10681 FOOTHILL BLVD, SUITE 280
3  RANCHO CUCAMONGA, CA 91730
   TELEPHONE: (909) 980-0630
4  FACSIMILE: (909) 948-8674
   EMAIL: GEN@YOUNGERASSOCIATES.NET
5

6  Attorneys for Plaintiff
   ZELIA M. DE SOUSA LOURENCO
7

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | ZELIA M. DE SOUSA LOURENCO;        | CASE NO.  5:11-CV-00683-DMG-AGR
12 |                                     |
   |         Plaintiff,                  | **[PROPOSED] ORDER RE
13 |                                     | PLAINTIFF'S WITHDRAWAL OF
   |     v.                              | APPEAL AND STIPULATION FOR
14 |                                     | DISMISSAL**
15 | MICHAEL J. ASTRUE, Commissioner    |
   | of Social Security;                 |
16 |                                     |
   |         Defendant.                  |
17

---

**[Proposed] Order re Plaintiff's Withdrawal of Appeal and Stipulation for Dismissal**

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), upon the joint
2  stipulation of Plaintiff ZELIA M. DE SOUSA LOURENCO and MICHAEL J.
3  ASTRUE, Commissioner of Social Security, said persons being all the parties who
4  have appeared in this action, the Court hereby **dismisses** the above-captioned
5  action **with prejudice**, and with the parties bearing their own respective costs,
6  expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: January 23, 2012   _____
HON. DOLLY M. GEE
United States District Judge

- 1 -

[Proposed] Order re Plaintiff's Withdrawal of Appeal and Stipulation for Dismissal